1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11 IVAN RAY WARREN,                  Case No. EDCV 12-1542 RGK (SS)

12               Petitioner,

13      v.                            **JUDGMENT**

14 J. SOTO, Warden,

15               Respondent.

16

17      Pursuant to the Court's Order Accepting Findings,

18 Conclusions and Recommendations of United States Magistrate

19 Judge,

20

21      IT IS HEREBY ADJUDGED that the above-captioned action is

22 dismissed with prejudice.

23

24 DATED:  July 31, 2014               _Gary Klausner_

25                            R. GARY KLAUSNER
                               UNITED STATES DISTRICT JUDGE

26

27

28